IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITIED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **ALFREDO REYES**, <br><br> Defendant. | **Criminal No.** 13-MJ-7144-JCB |

## GOVERNMENT'S MOTION TO UNSEAL
## CRIMINAL COMPLAINT

    The United States of America hereby moves this Court to direct that the criminal complaint, criminal complaint affidavit, the arrest warrant, and other documents attached to the criminal complaint be unsealed. In support of this motion, the government states that the defendant was arrested on August 6, 2013, and that there is no further reason to keep the criminal complaint secret.

                                          Respectfully submitted,

                                          CARMEN M. ORTIZ
                                          United States Attorney

                By:    /s/ Maxim Grinberg
                        MAXIM GRINBERG
                        Assistant U.S. Attorney

                        Date:  August 6, 2013